Debtor
Robert L Pingaro
258 Central ST
Saugus Mass 01906

Robert L Pingaro
  Debtor

Ameriquest mortgage
  Creditor

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO - 03-11854
Chapter 13

## Motion By Debtor Robert L Pingaro

NOT TO GRANT Leave TO APPEAL
By Ameriquest mortgage   Date Oct 26 2003
I Robert Pingaro ASK The US District Court
NOT TO GRANT APPEAL TO Leave for Ameriquest
NOT TO GRANT Appeal

1. A how evidentiary hearing was held in March 2003 The utility value of my property located at 258 Central St Saugus Mass 01906 was previously stipulated at 16000, Ameriquest disagreed with the value it was Ameriquest Responsibility per the Court's request to Establish value regarding my property located at 258 Central Saugus Mass 01906 on the next scheduled hearing dated September 24 2003

2. On Aug 22 2003 Ameriquest filed a motion to approve stipulation of value at 16000.

3. On September 22 2003 Filed a motion for Expedited to Approve Stipulation

4. On September 24 2003 hearing Ameriquest Approved to the stipulation of value And I the Debtor Robert Pingaro Approved to the stipulation of value of 16000 to Ameriquest

Date 10/26/03  Robert Pingaro

5. Knowing These facts The motion To Leave To Appeal should not be Granted

6. on September 24 2003 Judge Carol J Kenner oRded Amerquest Apposer To show up in court They Did not show up IN court Amerquest Apposer Signed oRded By The court To send in signed Affidavit's Stephen J Buckley + Matthew Motley Fur Amerquest Reason why They did not show. Is They Did not Tell The True About 258 central ST Saugus Mass so Judge Carol J Kenner Had The Hearning Any Way Amerquest Attorney's Had There day in court on Sept 24 2003

7. Look To Appasel on 258 central ST Saugus Mass Signed By Sam Stella Apposer House sinking Land a old Dump site all in Appsel

8. Look At MR. fiorettis Appasel Done By Ameiyest Motage Company

9. Amerquest Apposer's Lie To 3 federal court Judge's About value on 258 central ST Saugus Mass Honorable Judge Carol J Kenner Honorable Judge Hillman Honorable Chief Justice John Feeney

Robert F ___ Date 10/30/03

10. There is no secured or unsecured claims owed to Amerquist mortgage this was dischared in chapter 7 case all but 16000 Dischared received February 28 2002 By Cheef Justis Joan Feeney look to chapter 7 Dischared Amerquist new this

11. As far as bankruptcy filings Amerquist has kept me out of court for 4 years had but one Hearing and that was on September 24 2003 They did not want to have any Hearing at all on value they new all along that 258 central st had major problems

12. again and again they lie to three Federal Judges Amerquist Told Judge Hillman that the value of 258 central st wass 52,000 value Told Judge Joan Feeney 52,000 value But they could not get it by whit Judge Carol J Kenner who Held Hearing on September 24 2003 Hearing should stand

Robert Regan 10/30/03

Debtor Robert Pingar Chapter 13 - 03-11854 CJK

13. I ASK The US DISTRICT COURT NOT TO GRANT APPEAL TO LENOE AND NOT TO GRANT APPEAL TO Awayup

14. There is no Likelihood of success on appeal at all

Robert L Pingar      Date 10/30/03

Robert Pingaro
374 Central ST
Saugus Mass 01906

District of Mass

Case No. 03-11854
Chapter 13

OJK

## Certificate of Service

I Robert Pingaro do hereby certify that I have served a copy of Motion Not To Grant Leave to Appeal to the following parties by US mail

Doreen B Solomon
PO Box 8250
Boston Mass 02114-0033

Clerk United States
Bankruptcy Court
1100 Thomas PO Neill
Federal Bly 10 Causeway ST
Boston Mass 02222-1074

Jennifer G Haskell
Ablitt + Charlo PC
333 North Avenue 4 floor
Wakefield Mass 01880
Ameriquest Attorney's

Honorable Carol J Kenner
11th Floor Thomas PO Neill
Federal Bly 10 Causeway ST
Boston Mass 02222

Buchalter Nemer Fields + Younger
ATT Adam Street Suite 400
PO Box 8129
Newport Beach CA 92658-8129
Ameriquest Attorneys

Mr Robert Pingaro
11/30/03